UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGIE FERREIRA | : | NO.: 3:06CV01002 (PCD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF EAST HARTFORD | : | DECEMBER 19, 2006 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action, through their counsel, hereby stipulate that the above-entitled action be dismissed with prejudice and without costs and/or attorneys' fees to any party.

PLAINTIFF,                                           DEFENDANT,
ANGIE FERREIRA                              TOWN OF EAST HARTFORD


By Jonathan Blake                             By /s/ David S. Monastersky
   Jonathan Blake                              David S. Monastersky
   ct22321                                            ct13319
   Rome McGuigan, P.C.                    Howd & Ludorf, LLC
   One State Street                              65 Wethersfield Avenue
   Hartford, CT 06103-3101               Hartford, CT 06114
   (860) 549-1000                                (860) 249-1361
   (860) 724-3921 (fax)                       (860) 249-7665 (Fax)
   E-mail: jblake@rms-law.com        E-Mail: dmonastersky@hl-law.com

## **CERTIFICATION**

        This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 19th day of December, 2006.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jeffrey Ment, Esquire
Jonathan Blake, Esquire
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101

                                                 /s/ David S. Monastersky
                                                 David S. Monastersky